STATE OF NEW JERSEY v. JOSEPH PATTERSON.

October 11, 1977. Petition for certification denied.

GRACE DEGENNARO v. VINCENT ALIANO.

October 11, 1977. Petition for certification denied.

GIL-GAY COMPANY v. TOWNSHIP OF DENVILLE.

October 11, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT HENNING.

October 11, 1977. Petition for certification denied.

EILEEN QUINN v. MYKROY CERAMICS CORPORATION.

October 11, 1977. Petition for certification denied.

CHARLES I. WALDER v. JOSEPH L. BAGLIO, JR.

October 11, 1977. Petition for certification denied.